AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

**SEALED**

| United States of America | ) |
|---|---|
| v. | ) |
| Trentelle CLIFTON | )  Case No.  8:22MJ402 |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of ___July 6, 2022___ in the county of ___Douglas___ in the ___ District of ___Nebraska___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) & 924(a)(2) | Felon in Possession of a Firearm |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Douglas HEROUT, BATF TFO
*Printed name and title*

☐ Sworn to before me and signed in my presence.

☑ Sworn to before me by telephone or other reliable electronic means.

Date: 7/7/2022

_____
Judge's signature

City and state: Omaha, Nebraska

MICHAEL D. NELSON, U.S. Magistrate Judge
*Printed name and title*

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

**AFFIDAVIT FOR CRIMINAL COMPLAINT (8:22MJ402) AND ARREST WARRANT**

I, **Douglas Herout,** being first duly sworn, hereby depose and state as follows:

1. I, Douglas HEROUT, being duly sworn, state that I am currently a Nebraska Certified Police Officer and I received my certification though the Nebraska Law Enforcement Training Center and the Omaha Police Department. I am employed by the Omaha Police Department, Omaha, Nebraska and have been for the past 22 years. I am currently assigned to the Omaha Police Department Gang Unit, Firearms Squad, and I am a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), and have been in such capacity for the past 5 years.

2. My duties as a detective include investigating gun crimes at both the state and federal levels, writing and executing search and arrest warrants for narcotics and firearms violations, and conducting follow up on cases to obtain convictions for the criminal violations.

3. Affiant is familiar with the facts and circumstances described herein and make this affidavit based upon personal knowledge derived from affiant's participation in this investigation, conclusions he has reached based upon his training and experience, discussions with other law enforcement personnel familiar with this investigation, and upon information he believes to be reliable from the following sources. Unless otherwise noted, wherever in this affidavit your affiant asserts that a statement was made, the information was provided by a special agent, another law enforcement officer, confidential source, or a source of information

(who may have had either direct or hearsay knowledge of the statement) to whom your affiant has spoken or whose reports or statements affiant has read.

4. The facts in this affidavit come from my personal observations, my training and experience as a Law Enforcement Officer, and upon the investigation and review of pertinent reports and evidence collected to date. This affidavit is intended to show merely that there is sufficient probable cause for the issuance of a criminal complaint and arrest warrant against Trentelle CLIFTON ("CLIFTON"), date of birth (DOB) XX/XX/1976. Affiant has probable cause to believe that CLIFTON violated federal law on or about July 6, 2022, in that he violated 18 U.S.C. § 922(g)(1) by being a felon in possession of a firearm. This affidavit establishes probable cause of CLIFTON's commission of this federal offense.

5. On Tuesday, 6 July 2022, Omaha Police Officers SCOTT #2339 and BUHRMAN #2187 were dispatched to a suspicious vehicle call, which involved parties actively drinking alcohol in a vehicle, at 4333 N 88th Plaza, in Omaha, Douglas County, Nebraska. Upon arrival, Officers located a white Dodge Caravan and the male in the driver's seat was identified as Trentelle CLIFTON. Officer SCOTT documented observing CLIFTON attempting to conceal an open container of alcohol and also observed CLIFTON attempting to conceal a handgun which was located in an open center console area next to the driver's seat. CLIFTON was taken into custody and officers conducted further investigation. CLIFTON was found to have prior felony convictions and was later booked into the Douglas County Correctional Facility for charges related to this case to include being a prohibited person in possession of a firearm and for being in possession of a stolen firearm.

6. The Omaha Police Department Forensic Investigations Services Unit was called to the scene to take photographs and recover the firearm. All property and photographs were

collected under Omaha Police Department Report Number AS27600. The firearm was identified as a black and silver Springfield Armory 9X19 firearm, Model XD-9 Mod 2, and the serial number was identified as GM975183. A check of the firearm verified the firearm had been reported stolen out of Omaha Nebraska under Omaha Police Department Report Number AS26493.

7. Affiant consulted with ATF Special Agent Joe MILLER who verbally advised he examined the Springfield firearm for interstate nexus determination and determined the weapon met the definition of firearm and was manufactured outside the state of Nebraska, therefore affecting interstate commerce.

8. Affiant became aware that CLIFTON had previously been convicted of felony offenses punishable by greater than one year of imprisonment. Affiant conducted a local data check through the Douglas County Mainframe related to CLIFTON and noted he had prior felony convictions. CLIFTON was convicted of the following felony charges: (1) 3/5/1996 for felony receiving stolen item and received a 24 month jail sentence, (2) 9/8/1999 for robbery and received a 8 year jail sentence, and (3) 1/20/2010 for felony escape and received a 1 year jail sentence. Court records show that on about August 4, 2010, CLIFTON was sentenced to 1 year in prison in the Douglas County, Nebraska District Court in Doc. 183 No. 259, for possession of a controlled substance (Class IV felony). Court records show that on about January 17, 2012, CLIFTON was sentenced to 10 years in prison in the Douglas County, Nebraska District Court in CR11-261 for robbery (Class II felony). Court records show that on about January 17, 2012, CLIFTON was sentenced to 5 years in prison in the Douglas County, Nebraska District Court in CR11-265 for possession of a firearm by a prohibited person (Class 1-D felony).

9. There is probable cause to believe that CLIFTON violated 18 U.S.C. § 922(g)(1) by being a felon in possession of a firearm and previously being convicted of a felony offense punishable by greater than one year in prison.

10. Affiant requests this affidavit and accompanying documents be filed under seal because it involves an arrest. Although CLIFTON will likely be in state custody when signed, it is appropriate to seal it until a federal detainer is put into place.

Douglas HEROUT
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives
(Omaha Police Department)

Subscribed and sworn to me via reliable electronic means this __7th__, day of July, 2022.

MICHAEL D. NELSON
United States Magistrate Judge